IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Andres Leroy Glenn, ) | C/A NO.  1:15-3632-CMC-SVH |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| Andrea LNU, Saberna LNU, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the court on Plaintiff's *pro se* complaint filed in this court pursuant to 42 U.S.C. § 1983.  By Orders filed September 10, 2015, and October 19, 2015, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the complaint into proper form for evaluation and possible service of process.  Plaintiff was warned that failure to provide the necessary information within the timetable set forth in the Order would subject the complaint to dismissal.  ECF Nos. 7 & 11.  The time to bring this case into proper form has expired.

Plaintiff has failed to provide the necessary information and therefore has failed to comply with an order of this court.  This case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure.  *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
November 23, 2015