AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Andres Leroy Glenn, | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Civil Action No.   1:15-cv-03632-CMC-SVH |
| Andrea; Saberna, | ) | |
| *Defendants,* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ___ ), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, Andres Leroy Glenn, shall take nothing of the defendants, Andrea and Saberna, and this action is dismissed without prejudice pursuant to FRCP 41.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States Senior District Judge, dismissing the case without prejudice.

Date:   November 30, 2015                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                            s/M. Walker
                                                                *Signature of Clerk or Deputy Clerk*